IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE S JAMERSON et al, | No   C-01-4336 VRW |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v | |
| CITY AND COUNTY OF SAN FRANCISCO et al, | |
| Defendants. | |

Pursuant to the court's order following the February 8, 2005, case management conference, Doc #31 (minutes), defendant City and County of San Francisco (CCSF) has filed a motion for summary judgment, Doc #33, noticed for hearing on May 26, 2005. Pursuant to Civ L R 7-3(a), plaintiffs were to file their oppositions not later than May 5, 2005. Plaintiffs have not filed oppositions. Accordingly, plaintiffs -- individually, as they proceed pro sese -- are ORDERED TO SHOW CAUSE in writing not later than May 19,

/

/

2005, why CCSF's motion for summary judgment should not be treated as unopposed.  The hearing set for May 26, 2005, is VACATED.

     IT IS SO ORDERED.



VAUGHN R WALKER

United States District Chief Judge