**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LAFAYETTE S JAMERSON et al,           No    C-01-4336 VRW

12          Plaintiffs,                         ORDER

13          v

14   CITY AND COUNTY OF SAN FRANCISCO
     et al,
15

16          Defendants.

17   _____/

18          Pursuant to the court's order following the February 8,

19   2005, case management conference, Doc #31 (minutes), defendant City

20   and County of San Francisco filed a motion for summary judgment,

21   Doc #33, noticed for hearing on May 26, 2005.  Pursuant to Civ L R

22   7-3(a), plaintiffs were to file their oppositions not later than

23   May 5, 2005.  Plaintiffs filed no oppositions and the court issued

24   an order to show cause why defendant's motion for summary judgment

25   should not be treated as unopposed.  Doc #35.

26          Plaintiffs each proceed pro se.  Only plaintiff Lafayette

27   Jamerson ("Jamerson") responded to the court's order to show cause;

28   he cites a variety of extenuating circumstances to excuse his

United States District Court

For the Northern District of California

1  failure to oppose defendant's motion in a timely fashion.  Doc #36.

2  In light of the strong policy favoring the resolution of litigation

3  on the merits, the order to show cause is DISCHARGED and the court

4  will extend the time to oppose defendant's motion.  Although

5  Jamerson was the only plaintiff to respond to the court's order to

6  show cause -- despite the court's admonition that plaintiffs

7  proceeding pro se must <u>each</u> respond -- the court will, in the

8  interest of uniformity, extend the time for all plaintiffs to

9  respond to defendant's motion.  The court admonishes plaintiffs

10  that, as Jamerson is not an attorney and cannot represent them,

11  plaintiffs must <u>each</u> personally sign any papers filed with the

12  court.  See Civ L R 3-9(a).

13  Accordingly, the order to show cause (Doc #35) is

14  DISCHARGED and the court sets the following schedule:  Plaintiffs

15  shall file their oppositions to defendant's motion for summary

16  judgment on or before June 9, 2005.  Defendant may file a reply on

17  or before June 23, 2005, upon which the matter will be deemed

18  submitted and the court will issue a decision on the papers without

19  a hearing.  Failure to file an opposition will result in

20  defendant's motion being treated as unopposed.  No further

21  extensions of time will be forthcoming.

22

23  IT IS SO ORDERED.

24

25  _____

26  VAUGHN R WALKER

27  United States District Chief Judge

28

2