United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


LAFAYETTE S JAMERSON, et al,              No   C-01-4336 VRW

          Plaintiffs,                          ORDER

          v

CITY AND COUNTY OF SAN FRANCISCO,
et al,

          Defendants.

_____/


          Plaintiffs allege that the City and County of San
Francisco ("City") discriminated against them and improperly
terminated plaintiff Elizabeth Jamerson's limited commercial use
license.  Doc #1.  On February 27, 2006, the court granted the
City's motion for summary judgment as to plaintiffs' state law
claims and denied the City's motion as to plaintiffs' federal
claims.  Doc #42.  Since that time, this action has been dormant.
//

**United States District Court**
For the Northern District of California

1    Because this case has been inactive for almost one year,

2    the court ORDERS the parties to submit a written status report to

3    the court on or before March 15, 2007.

4

5    IT IS SO ORDERED.

6

7

8    _____

9    VAUGHN R WALKER

10   United States District Chief Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28