**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7           IN THE UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  LAFAYETTE S JAMERSON, as an              No    C 01-4336 VRW
    individual and D/B/A JAMERSON
11  CONTRACTORS; ELIZABETH G JAMERSON             ORDER
    and ALICE R LANE, as an
12  individual and as Conservator for
    Elizabeth Jamerson,
13
               Plaintiffs,
14
               v
15
    CITY AND COUNTY OF SAN FRANCISCO,
16  et al,

17             Defendants.
    ────────────────────────────────/
18

19         In an order dated May 8, 2008, the court dismissed

20  plaintiffs' complaint for failure to prosecute.  Doc #54.

21  Lafayette Jamerson filed a notice of appeal on May 27, 2008.  Doc

22  #55.  Jamerson has not paid the docket fee.  Doc #57.

23         Jamerson filed an "Application to Proceed In Forma

24  Pauperis" on June 6, 2008.  There is a special procedure that

25  Jamerson must use, however, if he wishes to proceed in forma

26  pauperis.  This special procedure is described in Rule 24(a)(1) of

27  the Federal Rules of Appellate Procedure.  See <u>Federal Rules of</u>

28  <u>Appellate Procedure (FRAP) & Local Circuit Rules</u> (July 2007), at

United States District Court
For the Northern District of California

1  http://www.ca9.uscourts.gov/ca9/Documents.nsf/FRAP+and+Circuit+Rule

2  s?OpenView (last visited June 10, 2008).

3          Jamerson must file a separate motion to appeal in forma

4  pauperis.  See Rule 24(a)(1).  The "Application to Proceed In Forma

5  Pauperis" does not count as a "motion."

6          As part of that motion, Jamerson must attach a separate

7  sworn affidavit.  See Rule 24(a)(1).  The affidavit must include

8  three different pieces of information.

9          First, the affidavit must "show[] the party's inability

10  to pay or to give security for fees and costs."  See Rule

11  24(a)(1)(A).  The "Application to Proceed In Forma Pauperis" that

12  Jamerson filed on June 6, 2008, satisfies this requirement.

13          Second, the affidavit must "claim[] an entitlement to

14  redress."  See Rule 24(a)(1)(B).  This means that the affidavit

15  should specify the relief that Jamerson will request from the court

16  of appeals.

17          Third, the affidavit must "state the issues that the

18  party intends to present on appeal."  See Rule 24(a)(1)(C).

19          Once Jamerson submits the proper motion with the

20  completed affidavit, the court will consider whether to allow him

21  to appeal in forma pauperis.  If Jamerson does not submit this

22  motion and affidavit by June 27, 2008, or if his affidavit does not

23  show that the appeal is taken in good faith (see Rule 24(a)(4)(B)),

24  then the court will deny the request.

25

26          IT IS SO ORDERED.

27  _____
    VAUGHN R WALKER

28  United States District Chief Judge

2